UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff,

v.

PHYU WIN JAME,

Defendant.

Crim. No. 23-cr-367(5) (JMB/JFD)

**DEFENDANT'S MOTION FOR
DOWNWARD DEPARTURE AND
VARIANCE AT SENTENCING**

Defendant Phyu Jame, through counsel, moves the Court for a downward departure at sentencing pursuant to U.S.S.G. § 5H1.6 based on loss of caretaking of Ms. Jame's infant child. As set forth in Ms. James's Sentencing Position, her incarceration would cause a substantial, direct, and specific loss of essential caretaking to her infant son, which exceeds the harm ordinarily incident to incarceration for similarly situated defendants, and no ameliorative programs are immediately available. A departure would address the loss of caretaking support.

Ms. Jame further moves the Court for a downward variance at sentencing based on the factors set forth in 18 U.S.C. § 3553(a) as well as relevant case law interpreting the same. This motion is based on the file and records herein, on the uncontested facts and circumstances of this case, and on the arguments set forth in Ms. James Sentencing Position.

Dated: August 20, 2025          *s/ Lousene M. Hoppe*
                                Lousene M. Hoppe
                                Attorney ID No. 387171
                                Fredrikson & Byron, P.A.
                                50 South Sixth Street, Suite 1500
                                Minneapolis, MN 55402
                                Phone: 612-492-7402
                                Email:   lhoppe@fredlaw.com

                                **ATTORNEY FOR DEFENDANT
                                PHYU WIN JAME**