# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | **COURT MINUTES - CRIMINAL** |
| v. | Case No: 0:23-cr-00367 (5) JMB-JFD |
| Phyu Win Jame, Defendant. | Date: 9/3/2025 |
| | Court Reporter: Nancy Meyer |
| | Courthouse: St. Paul |
| | Courtroom: 3B |
| | Time Commenced: 11:04 a.m. |
| | Time Concluded: 11:36 a.m. |
| | Time in Court: 32 minutes |

Before Judge Jeffrey M. Bryan, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:

For Plaintiff: Timothy Campbell Warner, Assistant United States Attorney
For Defendant: Lousene Hoppe, Fredrickson & Byron, P.A., CJA

☒ **Sentencing.**

IT IS ORDERED:   Defendant is sentenced to:

| Count No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| 1 | X | | 24 months | | 4 years | | |

☒ Special conditions of:   **See J&C for special conditions**
☒ Defendant sentenced to pay:
    ☒ Special assessment in the amount of $100.00.

☒ Defendant released pending execution of sentence of imprisonment on same terms and conditions as previously released with a voluntary surrender date of January 6, 2026.
☒ Docket no. 495 shall remain sealed for ten years until September 3, 2035.

\_\_glb\_\_
Courtroom Deputy
